PEOPLE V SUMMERS, No. 151950; Court of Appeals No. 320839.

DAILY V CZERNESKI, No. 151953; Court of Appeals No. 325709.

PEOPLE V DEON SCOTT, No. 151960; Court of Appeals No. 320290.

PEOPLE V BRIGGS-CODY, No. 151964; Court of Appeals No. 319985.

PEOPLE V PEDERSEN, No. 151974; Court of Appeals No. 320132.

PEOPLE V FORSYTH, No. 152002; Court of Appeals No. 326828.

*In re* FORSYTH, No. 152004; Court of Appeals No. 326726.

HEAD V CHRYSLER GROUP, LLC, No. 152011; Court of Appeals No. 325904.

PEOPLE V RONNIE GILMORE, No. 152012; Court of Appeals No. 326453.

HATFIELD V HOME-OWNERS INSURANCE COMPANY, No. 152014; Court of Appeals No. 325170.

PEOPLE V JEFFERSON, No. 152016; Court of Appeals No. 326922.

BOOTH V DEPARTMENT OF CORRECTIONS, No. 152020; Court of Appeals No. 324319.

PEOPLE V FERRELL, No. 152043; Court of Appeals No. 326433.

PEOPLE V SCHNEIDER, No. 152044; Court of Appeals No. 326796.

PEOPLE V MARLENE HUGHES, No. 152120; Court of Appeals No. 326967.

PEOPLE V WALTER BANKS, No. 152223; Court of Appeals No. 327516.

PEOPLE V GILBERT POOLE, No. 152244; reported below: 311 Mich App 296.

*Reconsideration Denied November 24, 2015:*

PEOPLE V CEDRIC SIMPSON, No. 149929; Court of Appeals No. 315777. Leave to appeal denied at 497 Mich 954.

PEOPLE V SHAWN ROSS, No. 150059; Court of Appeals No. 322252. Leave to appeal denied at 497 Mich 955.

PEOPLE V GIPSON, No. 150114; Court of Appeals No. 320828. Leave to appeal denied at 497 Mich 1011.
VIVIANO, J., did not participate because he presided over this case in the circuit court.

PEOPLE V STURGIS, No. 150224; Court of Appeals No. 314821. Leave to appeal denied at 497 Mich 983.

PEOPLE V MATTISON, No. 150255; Court of Appeals No. 321810. Leave to appeal denied at 497 Mich 1012.